IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company, and
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counter-claimants and Third-Party Plaintiffs:

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMTH, an individual,
KMS MARKETING, INC., a Colorado corporation,
GEORGE GONZALEZ, D.C., an individual,
LORENA GUZMAN, an individual, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counter-defendant and Third-Party Defendants.

**MINUTE ORDER**

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that parties' Stipulated Motion to Amend Scheduling Order (filed July 1, 2005; *doc. no. 91*) is **GRANTED**. The deadline to submit Rule 26(a)(2) AFFIRMATIVE expert disclosures is extended to **August 30, 2005**. It is further

**ORDERED** that on or before **August 15, 2005**, the AMD partes shall file a claim construction brief. The Erchonia parties have until **September 15, 2005**, to file a response to the construction brief; and a reply brief, if needed, shall be filed no later than **September 30, 2005**. It is further

**ORDERED** that parties' Stipulated Motion for Order to Amend Scheduling Order (filed July 12, 2005; *doc. no. 92*) is **STRICKEN** from the record. Parties are directed to refer to Electronic Case Filing Procedure V.L. when submitting proposed orders to the court.

**DATED:**   July 13, 2005