IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company, and
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counter-claimants and Third-Party Plaintiffs:

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMTH, an individual,
KMS MARKETING, INC., a Colorado corporation,
GEORGE GONZALEZ, D.C., an individual,
LORENA GUZMAN, an individual, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counter-defendant and Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that parties' Second Stipulated Motion to Amend Scheduling Order (filed August 12, 2005; *doc. no. 95*) is **GRANTED**.  It is further

**ORDERED** that on or before **August 22, 2005**, the AMD partes shall file a claim construction brief.  The Erchonia parties have until **September 22, 2005**, to file a response to the construction brief; and a reply brief, if needed, shall be filed no later than **October 7, 2005**.  It is further

**ORDERED** that the remaining pretrial deadlines are modified as follows:

| | |
|---|---|
| Rule 26(a)(2) AFFIRMATIVE expert disclosures | **October 13, 2005** |
| Rule 26(a)(2) REBUTTAL expert disclosures | **November 14, 2005** |
| Discovery deadline | **December 12, 2005** |
| Dispositive motion deadline | **January 30, 2006** |

**DATED:**     August 17, 2005