IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
GEORGE GONZALEZ, D.C., an individual,
LORENA GUZMAN, an individual,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

## ORDER AND NOTICE OF HEARING

**IT IS HEREBY ORDERED** that a **two (2) day evidentiary hearing** will be held on **November 17, 2005 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado regarding the Joint Motion for a Markman Hearing **(#105)** filed on August 26, 2005.

DATED this 16th day of September, 2005.

BY THE COURT:

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge