IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
GEORGE GONZALEZ, D.C., an individual,
LORENA GUZMAN, an individual,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

_____

**ORDER OF DISMISSAL OF A MAJOR DIFFERENCE, INC.'S
EIGHTH AND TENTH CLAIMS FOR RELIEF**
_____

THIS MATTER, coming before the Court upon the parties' Stipulated Motion to Dismiss A Major Difference, Inc.'s ("AMD") Eighth and Tenth Claims for Relief, and being fully advised in the premises,

IT IS HEREBY ORDERED that AMD's Eighth and Tenth Claims for Relief are hereby dismissed.

DATED this 6th day of October, 2005.

**BY THE COURT:**

_/s/ Marcia S. Krieger_

Marcia S. Krieger
United States District Judge