IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
GEORGE GONZALEZ, D.C., an individual,
LORENA GUZMAN, an individual,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

_____

**ORDER DISMISSING THIRD-PARTY COMPLAINT AGAINST GEORGE GONZALEZ, D.C. AND LORENA GUZMAN**

_____

THIS MATTER comes before the Court upon the Stipulated Motion of Third-Party Plaintiffs Erchonia Patent Holdings, LLC and Erchonia Medical, Inc., and Third-Party Defendants George Gonzalez, D.C., and Lorena Guzman to dismiss the Third-Party Complaint against Third-Party Defendants George Gonzalez, D.C. and Lorena Guzman, and the Court, being fully advised in the premises,

HEREBY ORDERS that the Stipulated Motion is granted, and that the Third-Party Complaint against Third-Party Defendants George Gonzalez, D.C., and Lorena Guzman is hereby dismissed with prejudice, with each party to pay his, her or its own costs and attorney fees. All future pleadings shall bear a caption that deletes reference to the counterclaim.

DATED this 11th day of October, 2005.

**BY THE COURT:**

_Marcia S. Krieger_
Marcia S. Krieger
United States District Judge