IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC.,
an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C.,
an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C.,
an Arizona limited liability company,

    Defendants.

---

ERCHONIA PATENT HOLDINGS, LLC,
an Arizona limited liability company;
ERCHONIA MEDICAL INC.,
an Arizona corporation,

Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC.,
a Colorado corporation, *et al.*

Counterdefendant and Third-Party Defendants.

---

**ORDER GRANTING FOURTH STIPULATED MOTION TO AMEND THE
SCHEDULING ORDER**

**THIS MATTER** comes before the Court upon the parties' Fourth Stipulated Motion to Amend the Scheduling Order and the Court, being fully advised in the premises and having found good cause therefor,

It is hereby **ORDERED** that the Parties' Fourth Stipulated Motion to Amend Scheduling Order (filed November 14, 2005) is **GRANTED**. It is further

**ORDERED** that on or before **November 21, 2005**, the parties shall serve their disclosures of rebuttal expert witnesses pursuant to Fed. R. Civ. P. 26(a)(2).

DATED: November 14th, 2005

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge