IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

     Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

     Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company, and
ERCHONIA MEDICAL, INC., an Arizona corporation,

     Counter-claimants and Third-Party Plaintiffs:

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMTH, an individual,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

     Counter-defendant and Third-Party Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

     UPON CONSIDERATION OF the Third Stipulated Motion To Amend Scheduling Order (filed November 4, 2005; *doc. no. 134*) and the Court being fully advised in the premises,

     IT IS HEREBY ORDERED that the Motion is **GRANTED**. The Discovery Deadline will

be extended up to and including **December 20, 2005**, for the sole purpose of completing depositions of expert witnesses.

**DATED:**     November 16, 2005