IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company, and
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counter-claimants and Third-Party Plaintiffs:

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMTH, an individual,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counter-defendant and Third-Party Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    This case is before the court on the Fifth Stipulated Motion to Amend the Scheduling Order (filed November 21, 2005; *doc. no. 143*).  Pursuant to the memoranda dated December 13, 2005 (*doc. no. 148*) the Motion has been referred to the Magistrate Judge.  It is hereby

**ORDERED** that the instant motion is **GRANTED**.

**DATED:** December 14, 2005