IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

      Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

      Defendants.

_____

ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company;
ERCHONIA MEDICAL INC., an Arizona corporation,

      Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation, *et al.*

      Counterdefendant and Third-Party Defendants.

_____

**ORDER GRANTING ERCHONIA DEFENDANTS' UNOPPOSED MOTION TO
ALLOW OUT-OF-STATE INSURANCE ADJUSTER TO ATTEND SETTLEMENT
CONFERENCE BY TELEPHONE**

_____

THIS MATTER comes before the Court upon Defendants Erchonia Medical, Inc., Erchonia

Medical Lasers, LLC, and Erchonia Patent Holdings, LLC's Unopposed Motion to Allow Out-of-

State Insurance Adjuster to Attend Settlement Conference by Telephone (filed December 29, 2005;

*doc. no. 151*) and the Court, being fully advised in the premises and having found good cause therefore,

HEREBY GRANTS the Motion, and Orders that Erchonia's insurance adjuster Mark Easter of The Hartford Insurance Company may attend and participate in the January 5, 2006 settlement conference by telephone.

DATED at Denver, Colorado, this 29th day of December, 2005.

BY THE COURT:


s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge