IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

      Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

      Defendants.

---

ERCHONIA MEDICAL, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

      Counter-Claimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation, and
STARGATE INTERNATIONAL, INC., a Colorado corporation,

      Counter-Defendants and Third-Party Defendants.

---

**ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER**

---

THIS MATTER, coming before the Court upon the parties' Unopposed Joint Motion to

Amend Scheduling Order (filed January 11, 2006; *doc. no. 155)*, and the Court being hereby advised

in the premises:

2

IT IS HEREBY ORDERED that the summary judgment motion filing deadline is reset from

January 30, 2006 to **February 13, 2006**.

DATED at Denver, Colorado, this 26th day of January, 2006.

BY THE COURT:

*s/Craig B. Shaffer*

Craig B. Shaffer
United States Magistrate Judge