IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

_____

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED RESPONSE TO A MAJOR DIFFERENCE, INC.'S MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**
_____

THIS MATTER having come before the Court upon the Defendants' Unopposed Motion for

Leave to file an Amended Response to A Major Difference, Inc.'s Motion for Summary Judgment of Noninfringement **(#171)**, and the Court, having found good cause therefor,

HEREBY ORDERS that Defendants are granted leave to file their Amended Response to A Major Difference, Inc.'s Motion for Summary Judgment of Noninfringement.

DATED this 15th day of March 2006.

**BY THE COURT:**

_____

Marcia S. Krieger
United States District Judge