IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

---

## ORDER SETTING EVIDENTIARY HEARING

---

    THIS MATTER comes before the Court on the parties' three joint motions **(#199, #200, #201)** for a hearing under Fed. R. Evid. 702. Based thereon,

**IT IS ORDERED** that:

(1) A 4-hour evidentiary hearing on these motions is set for **May 31, 2007** at **8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado.

(2) To enable the parties to prepare for the hearing, any party intending to offer exhibits or call witnesses at the hearing shall, at least **three business days prior to the hearing**, provide copies of all proposed exhibits (pre-marked) and a list of witnesses to all counsel.

(3) Evidence will not be received by telephone or declaration, nor will parties be permitted to appear by telephone.

Dated this 13th day of October, 2006

                                          **BY THE COURT:**

                                          *Marcia S. Krieger*
                                          _____
                                          Marcia S. Krieger
                                          United States District Judge