IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cv-1769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

Plaintiff,

vs.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company, and
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

Defendants.

---

ERCHONIA PATENT HOLDINGS, LLC, an Arizona limited liability company;
ERCHONIA MEDICAL, INC., an Arizona corporation,

Counterclaimants and Third-Party Plaintiffs,

vs.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH,  an individual,
KMS Marketing, Incorporated, a Colorado corporation, and
STARGATE INTERNATIONAL INC., a Colorado corporation,

Counterdefendant and Third-Party Defendants.

---

**ORDER DISMISSING ERCHONIA'S THIRD-PARTY CLAIM FOR CONTRIBUTORY
PATENT INFRINGEMENT AGAINST THIRD-PARTY DEFENDANTS ROBERT E.
MORONEY, ROBERT E MORONEY, LLC, AND MIKI SMITH**

THIS MATTER comes before the Court upon the Stipulated Motion to Dismiss Third-Party Plaintiffs Erchonia's Third-Party Claim against Third-Party Defendants Robert E. Moroney, Robert E. Moroney, L.L.C., and Miki Smith **(#205).** The Court, being fully advised in the foregoing,

**ORDERS** that the Stipulated Motion **(#205) is GRANTED**. Erchonia's third-party claim against Third-Party Defendants Robert E. Moroney, Robert E. Moroney, L.L.C., and Miki Smith for contributory patent infringement pursuant to 35 U.S.C. § 271(c) (Third-Party Claim 2) is hereby dismissed with prejudice, with each party to pay his or its own costs and attorney fees. Erchonia's only remaining claim against these Third-Party Defendants is Inducement of Infringement pursuant to 35 U.S.C. § 271(b) (Third-Party Claim 3).

Dated this 16th day of October, 2006

BY THE COURT:

Marcia S. Krieger
United States District Judge