IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-01769-MSK-CBS

A MAJOR DIFFERENCE, INC., a Colorado corporation,

    Plaintiff,

v.

ERCHONIA MEDICAL, INC., an Arizona corporation,
ERCHONIA MEDICAL LASERS, L.L.C., an Arizona limited liability company,
ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,

    Defendants,

and

ERCHONIA PATENT HOLDINGS, L.L.C., an Arizona limited liability company,
ERCHONIA MEDICAL, INC., an Arizona corporation,

    Counterclaimants and Third-Party Plaintiffs,

v.

A MAJOR DIFFERENCE, INC., a Colorado corporation,
ROBERT E. MORONEY, an individual,
ROBERT E. MORONEY, L.L.C., a Colorado limited liability company,
MIKI SMITH, an individual,
KMS MARKETING, INC., a Colorado corporation,
STARGATE INTERNATIONAL, INC., a Colorado corporation,

    Counterdefendant and Third-Party Defendants.

## ORDER FOLLOWING NOTICE OF IMPENDING SETTLEMENT

THIS MATTER comes before the Court upon the parties' Joint Motion to Vacate January 5, 2007 Final Pretrial Conference **(#234)** on the basis that they have reached a settlement in principle of the claims asserted in this action. A final pretrial conference is currently scheduled for

January 5, 2007 at 4:00 p.m.  It is **ORDERED** that:

    1.  Settlements are governed by MSK Civ. Practice Standard III.F.

    2.  If this case is not dismissed or closed by the hearing date specified above, the above hearing will occur as scheduled, but the purpose of the hearing is changed to address the effect of the proposed settlement upon the course of this case. Counsel should be prepared to address the timing and preferred mechanism for disposition of this matter - i.e. dismissal, approval of a settlement agreement, stipulated judgment, closing of the case, remand etc.

    3.  No party need appear and any requirement for submissions at or before the hearing is vacated.  **Counsel may appear by telephone if prior arrangements are made with the Courtroom Deputy at (303) 335-2185.**

    4. The Joint Motion to Vacate January 5, 2007 Final Pretrial Conference **(#234)** is **DENIED**, as moot.

Dated this 3rd day of January, 2007

                          **BY THE COURT:**

                          Marcia S. Krieger
                          United States District Judge